IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MADELEINE DELONG,

   Plaintiff,

    v.

BEST BUY COMPANY, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-25-TWT

## OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 60] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 40]. The Plaintiff has not produced any evidence that the Defendant's legitimate non-discriminatory reasons for terminating her were a pretext for sex discrimination or retaliation. The Plaintiff was terminated after multiple violations of company policy. After careful consideration of the Plaintiff's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court.

T:\ORDERS\04\Delong\r&r.wpd

SO ORDERED, this 7 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge